# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JEFFREY EDELMAN, | § | |
| | § | |
| Plaintiff Below, Appellant, | § | |
| | § | |
| v. | § | No. 388, 2023 |
| | § | |
| JOHN BRYAN KING, LEE S. HILLMAN, | § | Court Below: Court of |
| BIANCA A. RHODES, MARK F. MOON, | § | Chancery of the State of |
| ANDREW B. ALBERT, I. STEVEN | § | Delaware |
| EDELSON, RONALD J. KNUTSON, LKCM | § | |
| HEADWATER INVESTMENTS II, L.P., | § | C.A. No. 2022-0886 |
| LKCM HEADWATER II SIDECAR | § | |
| PARTNERSHIP, L.P., HEADWATER | § | |
| LAWSON INVESTORS, LLC, LKCM | § | |
| MICRO-CAP PARTNERSHIP, L.P., LKCM | § | |
| CORE DISCIPLINE, L.P., and LUTHER KING | § | |
| CAPITAL MANAGEMENT CORPORATION, | § | |
| | § | |
| Defendants Below, Appellees, | § | |
| | § | |
| -and- | § | |
| | § | |
| DISTRIBUTION SOLUTIONS GROUP, INC., | § | |
| a Delaware corporation, | § | |
| | § | |
| Nominal Defendant Below, Appellee. | § | |

Submitted: May 22, 2024
Decided: June 4, 2024

Before **SEITZ**, Chief Justice; **VALIHURA**, **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices, constituting the Court *en banc*.

## ORDER

This 4th day of June 2024, after careful consideration of the parties' briefs and the record on appeal, and after oral argument, we conclude that the judgment of the

Court of Chancery should be affirmed on the basis of and for the reasons stated in its Telephonic Bench Ruling on September 19, 2023 and its Final Order dated September 19, 2023.

NOW, THEREFORE, IT IS ORDERED that the Court of Chancery's judgment is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice